# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DISABILITY RIGHTS TEXAS, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § CIVIL ACTION NO: 5:19-cv-01162-XR <br> § <br> ROBERT ARIZPE, in his official capacity § <br> as the Superintendent of San Antonio § <br> State Hospital, § <br> § <br> Defendant. § | |

## PARTIES' JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to this Court's Scheduling Order [Dkt. #14] and Local Rule CV-88, Plaintiff Disability Rights Texas and Defendant Robert Arizpe respectfully submit the following report on alternative dispute resolution ("ADR").

1. **Status of Settlement Negotiations.** The Parties have been engaged in informal discussions regarding the parameters for settlement negotiations since the filing of this case. Plaintiffs submitted a written settlement demand on July 13, 2020. Defendant is in the process of reviewing this settlement demand and will provide a response to Plaintiffs on or before August 17, 2020. As of the date of this Joint ADR Report, the Parties have not reached settlement.

2. **Persons Responsible for Negotiations.** The person responsible for handling settlement negotiations on behalf of the Plaintiff Disability Rights Texas, will be Beth Mitchell, counsel for Disability Rights Texas. The person responsible for handling settlement negotiations on behalf of Defendant Robert Arizpe will be Dominique G. Stafford, Assistant Attorney General, counsel for Mr. Arizpe.

3. **ADR.** The Parties believe that this matter may be suitable for nonbinding arbitration, mediation, or a moderated settlement conference if informal settlement negotiations are not successful. Neither party, however, has selected a neutral, moderator, or arbitrator.

4. **Certification of Counsel.** Counsel for Plaintiff certifies that she has informed her clients of the ADR procedures available in this District. Counsel for Defendant certifies that she has informed her client of the ADR procedures available in this District.

Dated: August 10, 2020

AGREED:

| | |
|---|---|
| */s/ Beth Mitchell* | KEN PAXTON |
| BETH MITCHELL | Attorney General of Texas |
| State Bar No. 00784613 | |
| LISA SNEAD | JEFFREY C. MATEER |
| State Bar No. 24062204 | First Assistant Attorney General |
| | |
| DISABILITY RIGHTS TEXAS | |
| 2222 West Braker Lane | RYAN L. BANGERT |
| Austin, Texas 78758 | Deputy First Assistant Attorney General |
| (512) 454-4816 (Phone) | |
| (512) 454-3999 (Fax) | DARREN L. MCCARTY |
| bmitchell@drtx.org | Deputy Attorney General for Civil Litigation |
| lsnead@drtx.org | |
| | THOMAS A. ALBRIGHT |
| ATTORNEYS FOR PLAINTIFF | Chief - General Litigation Division |
| | |
| | */s/ Dominique G. Stafford* |
| | DOMINIQUE G. STAFFORD |
| | Assistant Attorney General |
| | Texas Bar No. 24077840 |
| | Office of the Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | (512) 463-2120 (Telephone) |
| | (512) 320-0667 (Facsimile) |
| | Dominique.Stafford@oag.texas.gov |
| | |
| | ATTORNEYS FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, a true and correct copy of the foregoing was filed electronically with the Court and served via the Court's CM/ECF system to:

Dominique G. Stafford
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Dominique.Stafford@oag.texas.gov

             */s/ Beth Mitchell*
             BETH MITCHELL